```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

QUIZE' A.P. WELSH

vs.                              NO. 4:10CV00242   SWW

KROGER, INC.

## ORDER OF DISMISSAL

Upon the plaintiff's motion for dismissal of this action,

IT IS THEREFORE ORDERED that the motion [doc #10] is granted, and the above cause of action hereby is dismissed without prejudice.

DATED this 20th day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE